UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

**GERARDO JUAREZ,** an individual,
        Plaintiff,
v.

**DPC MICHIGAN, LLC d/b/a DISCOUNT PALLET,**
a limited liability company, and **ALFONSO ALONSO**,
an individual,
        Defendant.

Case No. 1:19-cv-751
HON. JANET T. NEFF

| **AVANTI LAW GROUP, PLLC**<br>Robert Anthony Alvarez (P66954)<br>Agustin Henriquez (P79589)<br>Attorneys for Plaintiff<br>600 28th St. SW<br>Wyoming, MI 49509<br>(616) 257-6807<br>ralvarez@avantilaw.com | |
|---|---|

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1), Plaintiff, by and through his undersigned counsel, hereby withdraws and voluntarily dismisses all claims brought in the above-referenced matter against Defendant DPC Michigan, LLC d/b/a Discount Pallet, and Defendant Alfonso Alonso. Plaintiff's Complaint against Defendants is withdrawn and voluntarily dismissed with prejudice and without costs.

Dated: October 18, 2019

/s/ *Robert Anthony Alvarez*
Robert Anthony Alvarez (P66954)
AVANTI LAW GROUP, PLLC
Attorneys for Plaintiff
600 28th St. SW
Wyoming, MI 49509
(616) 257-6807
ralvarez@avantilaw.com